# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                        Plaintiff, <br>          v. <br> VC CARDROOM, INC. (27), <br>     dba "Seven Mile Casino" <br>     fka "Village Card Club" <br>                        Defendant. | Case No. 15CR2932-H <br><br> Booking No. N/A <br><br> JUDGMENT AND ORDER OF DISMISSAL |

Based upon the joint motion of the United States and the Defendant, the Court grants the joint motion to dismiss without prejudice the Indictment in the above entitled case against defendant VC Cardroom, Inc. (Doc. No. 696.) The Defendant is hereby discharged as to this case only. The Order of Criminal Forfeiture filed on November 8, 2016 remains undisturbed by this Judgment and Order of Dismissal. (See Doc. No. 596.)

IT IS SO ORDERED AND ADJUDGED.

DATED: May 31, 2017

                                         *[signature]*
                                     HONORABLE MARILYN L. HUFF
                                     UNITED STATES DISTRICT JUDGE